# Exhibit "A"

## Schedule of Unpaid Invoices

| Invoice Range | Date Range | Total Due |
|---|---|---|
| 6314 to 6399 | 10/27/09 to 11/11/09 | $57,993.83 |
| 6400 to 4699 | 11/11/09 to 11/26/09 | $40,636.41 |
| 6400 to 6996 | 11/21/09 to 2/13/09 | $40,743.46 |
| 6600 to 6699 | 11/29/09 to 12/29/09 | $53,246.25 |
| 6701 to 6799 | 12/14/09 to 12/26/09 | $36,194.61 |
| 6800 to 6896 | 12/19/09 to 1/17/10 | $31,042.69 |
| 6910 to 6992 | 1/13/10 to 2/1/10 | $44,597.84 |
| 7022 to 7095 | 1/28/10 to 2/20/10 | $19,606.78 |
| 7119 to 7195 | 2/18/10 to 3/25/10 | $8,127.00 |
| 7202 to 7284 | 2/16/10 to 3/5/10 | $15,809.40 |
| 7334 to 7408 | 3/8/10 to 3/19/10 | $16,133.89 |

Credit for check # 1953 dated 3/26/10     $13,000.00

Total Due          $351,132.16