

FILED
MAR 27 2012

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

*********************************************************************

| | | |
|---|---|---|
| YANKTON FACTORING, INC., a South Dakota Corporation, | * * * | CIV 12-4023 |
| Plaintiff, | * * | |
| vs. | * * | ORDER |
| WYLIE BICE TRUCKING, INC., a North Dakota Corporation, | * * * | |
| Defendant. | * * | |

*********************************************************************

Pending before the Court is Plaintiff's Motion for Dismissal, Doc. 5. The Plaintiff has notified the Court that the Defendant has not served an Answer in this case, therefore the case may be voluntarily dismissed pursuant to Fed. R. Civ. P. 41(A). Accordingly, based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the above-captioned case is hereby dismissed without prejudice.

Dated this 27th day of March, 2012.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
DEPUTY